JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NAVARRO, | Case No. CV 17-03909 DMG (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KELLY SANTORO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 30, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE